Vincent M. Giblin, Esq. (VG-3668)
**KROLL HEINEMAN GIBLIN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
Attorneys for Petitioners

**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | HON. J.A. GREENAWAY, JR. USDJ<br>Civil Action No. 08- 1842 (JAG) |
| Petitioners, | **CIVIL ACTION** |
| v. | **JUDGMENT** |
| ANDRE CONSTRUCTION, ANDRE CONCRETE, INC., | |
| Respondents. | |

**THIS MATTER** having been opened to the Court by Kroll Heineman Giblin, LLC, (James M. Monica, Esq., appearing), attorneys for Petitioners, pursuant to a Motion to Confirm the Arbitration Award of J.J. Pierson dated February 18, 2008; this Court having fully and thoroughly considered the matter, along with any pleadings, motions, and oral arguments of counsel; and a decision having been duly rendered by this Court considered the matter; and for good and sufficient cause shown;

IT IS on this 22nd day of May 2008,

**ORDERED AND ADJUDGED** that judgment be entered in favor of Petitioners and against Respondent Andre Construction, Andre Concrete, Inc. as follows:

(1)   Respondent shall cease and desist from violating the Trust Agreements by refusing

to submit to an audit as directed by the Arbitrator; and it is further

(2)   Respondent shall make payment to the Funds in the amount of $500.00 as directed by the Arbitrator; and it is further

(3)   ~~Respondent shall~~ submit to an audit, and produce ~~any and all information requested by the Funds in this regard, on or before ___, 2008 in light of the fact that the time directed by the Arbitrator for audit has elapsed~~ *JAG* 

_____
Judge, United States District Court
HON. J.A. GREENAWAY, JR. USDJ